IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Sep 25, 2017
OFFICE OF THE CLERK

AL GENE PERRY                                                                             PLAINTIFF

v.                         Civil No.        17-5185 PKH/ELW

SHERIFF TIM HELDER;
DR. KARAS; and NURSE
VERONICA DOCKERY                                    DEFENDANTS

## ORDER

Al Gene Perry submitted this *pro se* action for filing. The Clerk is directed to file the *in forma pauperis* (IFP) application and complaint. A determination regarding Plaintiff's status as a pauper and service of process will be made at a later time.

Plaintiff is advised that he is required to immediately inform the Court of any change of address. **If Plaintiff is transferred to another jail or prison or released, he shall have 30 days from the date of transfer or release in which to notify the Court of his new address.** Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. **Failure to inform the Court of an address change shall result in this case being subject to dismissal.**

IT IS SO ORDERED this 25th day of September 2017.

/s/ Erin L. Wiedemann
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE

-1-