IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AL GENE PERRY                                                                              PLAINTIFF

v.                       Civil No. 5:17-cv-05185

SHERIFF TIM HELDER;                                                                      DEFENDANTS
DR. KARAS; and NURSE
VERONICA DOCKERY

## OPINION AND ORDER

Plaintiff filed this case pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis* (IFP). When he filed the case, Plaintiff was incarcerated in the Washington County Detention Center. Plaintiff is currently incarcerated in the Tucker Unit of the Arkansas Department of Correction.

On April 5, 2018, the Defendants filed a Motion for Summary Judgment (ECF No. 30). That same day, an Order (ECF No. 33) was entered directing Plaintiff to file a response to the Motion by April 26, 2018. Plaintiff has not filed a response. He has not requested an extension of time to file a response. No mail has been returned as undeliverable.

This case is **DISMISSED WITHOUT PREJUDICE** based on the Plaintiff's failure to prosecute this case and his failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED on this 2nd day of May 2018.

/s/ P.K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE